

ZACHARY W. CARTER
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY RUSSELL BERGMAN
*Assistant Corporation Counsel*
Phone: (212) 356-5051
Fax: (212) 356-3509
zbergman@law.nyc.gov

July 10, 2018

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>Delana Sapozhnikov, et al. v. City of New York, et al.</u>, 18 CV 1652 (ENV) (RER)

Your Honor:

   I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Sergeant Farrell Goldman, and Police Officers Chanthou Pang, Mohammad Ali, and Hammad Syed ("City Defendants") in the above-referenced action. In compliance with the Court's June 25, 2018 Order, the undersigned writes on behalf of City Defendants and the plaintiffs to propose the following briefing schedule:

- Motions to dismiss   Due on or by: August 10, 2018
- Opposition papers   Due on or by: September 10, 2018
- Reply Papers   Due on or by: September 24, 2018

   Thank you for your consideration herein.

             Respectfully submitted,
             /s/
             Zachary Russell Bergman
             *Assistant Corporation Counsel*

cc: <u>VIA ECF</u>
   Eric Jason Hecker, Esq.
   Alice Goldman Reiter, Esq.
   *Attorneys for the Plaintiffs*

   Brian Patrick Hutchinson, Esq.
   *Attorney for Defendant Triguero*